**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| (1) ESTATE OF JUAN BARBOSA, JR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 26-civ- |
| | ) | |
| (1) CITY OF MUSTANG, and | ) | |
| | ) | |
| (2) OFFICER JAZZ WRIGHT in her official | ) | |
| and individual capacities, | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

COMES NOW the Plaintiff, Estate of Juan Barbosa, Jr. and for its causes of action against Defendants City of Mustang and Officer Jazz Wright in her official and individual capacities, alleges and states as follows:

## PARTIES

1.      At all times relevant, the Plaintiff, Juan Barbosa Jr., was a resident of Oklahoma.

2.      The City of Mustang is a municipal corporation with the right to sue and be sued. It is responsible for the policies and procedures governing the Mustang Police Department and its police officers.

3.      At all times relevant to the Complaint, Jazz Wright was a duly sworn and licensed police officer of the Mustang Police Department acting under color of law and within the scope of her employment. She is sued in her official and individual capacities.

**JURISDICTION AND VENUE**

Plaintiff incorporates all previous allegations and statements and further alleges the following:

4. This Court has jurisdiction to hear the federal civil rights violations in this matter under 28 U.S.C. § 1331 and 28 U.S.C. § 1343(a)(3)-(4) and supplemental jurisdiction to hear the common law claims under 28 U.S.C. § 1367.

5. The venue is proper under 28 U.S.C. § 1391 because the acts giving rise to this lawsuit occurred in Mustang, OK.

6. The City of Mustang was given timely notice of this claim under the Oklahoma Governmental Tort Claims Act 21 O.S. §151.

**FACTS**

Plaintiff incorporates all previous allegations and statements and further alleges the following:

7. Officer Jazz Wright responded to a mental health call on 08/22/2024 at South Mustang Road & SW 89th St., Mustang, OK 73064. Officer Wright wrongfully deployed her firearm and shot Juan Barbosa Jr. several times, causing his wrongful death. Mr. Barbosa Jr. was unarmed. Mr. Barbosa did not threaten the life of Officer Wright, nor put her in danger of bodily injury. Officer Wright shot Mr. Barbosa Jr. unlawfully and unconstitutionally.

**FIRST CAUSE OF ACTION**

**VIOLATIONS OF 42 U.S.C. § 1983 FOURTH AMENDMENT – EXCESSIVE FORCE**

8. Plaintiff re-alleges and incorporates every allegation set forth in paragraphs 1 through 7 as if fully set forth herein.

9.      Jazz Wright used objectively unreasonable and excessive force in the seizure of Juan, resulting in Juan's wrongful death.

10.     Jazz Wright's actions violated Juan's right to be free from unreasonable seizure, which is protected by the Fourth Amendment and enforceable through 42 U.S.C. § 1983.

## SECOND CAUSE OF ACTION
### ARTICLE II § 30 OF THE OKLAHOMA CONSTITUTION – EXCESSIVE FORCE

11.     Plaintiff re-alleges and incorporates every allegation set forth in paragraphs 1 through 10 as if fully set forth herein.

12.     Jazz Wright used objectively unreasonable and excessive force in the seizure of Juan, resulting in Juan's wrongful death.

13.     Jazz Wright's actions violated Juan's right to be free from unreasonable seizure, which is protected by Article II § 30 of the Oklahoma Constitution.

WHEREFORE, the Plaintiff, the Estate of Juan Barbosa Jr., seeks judgment against the City of Mustang and Jazz Wright for compensatory and punitive damages, plus attorney fees and costs.

## DEMAND FOR JURY TRIAL

14.     Plaintiff demands a jury trial for all issues of fact presented by this action.

## RESERVATION OF ADDITIONAL CLAIMS

15.     Plaintiff reserves the right to plead further upon completion of discovery, to state additional claims and to name additional parties to this action.

**CONCLUSION**

WHEREFORE, Plaintiff, Estate of Juan Barbosa, Jr. prays for judgment against Defendants in a sum in excess of the amount required for diversity jurisdiction under 28 U.S.C. § 1332 (currently $75,000.00) plus interest, attorneys fee, costs and all such other relief as to which Plaintiff may be entitled.

Respectfully submitted,

/s/ Ronald Jones II
Ronald Jones II, OBA No. 33754
The Jones Firm, PLLC
512 NW 12th Street
Oklahoma City, OK 73103
Telephone: 405.930.4209
Ron@thebrilliantbrawler.com
**ATTORNEY FOR ESTATE OF JUAN BARBOSA, JR.**